# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Alma Kitagawa,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Aetna Life Insurance Company; The Boeing Company; The Boeing Company Non-Union Long-Term Disability Plan,<br><br>　　　　Defendants. | Case No.  2:15-cv-01206-SRB<br><br>**ORDER** |

IT IS HEREBY ORDERED, due to good cause appearing, that this matter is dismissed with prejudice.  Each side shall bear its own attorney's fees and costs.

Dated this 1st day of July, 2016.

_____
Susan R. Bolton
United States District Judge

-1-